UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| COACHMEN INDUSTRIES, INC. )<br>)<br>  Plaintiff/Counterclaim-Defendant, )<br>)<br>  v. )<br>)<br>GAMCO ASSET MANAGEMENT, INC., )<br>)<br>  Defendant/Counterclaimant. ) | CASE NO. 3:10-CV-00163 (JVB/CAN) |

## JOINT MOTION TO STAY LITIGATION

The parties, Coachmen Industries, Inc., plaintiff/counterclaim-defendant, ("Coachmen") and GAMCO Asset Management, Inc., Defendant/Counterclaimant, ("GAMCO"), by counsel, jointly agree and respectfully move the Court to stay the entire proceeding and all existing deadlines in this case pending resolution of a possible merger involving Coachmen. In support of this motion to stay, the parties state as follows:

1. Coachmen, initiated this declaratory judgment action on April 29, 2010 by filing its Complaint against GAMCO. Thereafter, GAMCO filed its counterclaim.

2. On August 5, 2010 the Court entered its Scheduling Order and Memorandum of Status Conference granting the parties by agreement approximately 90 days to complete discovery.

3. Upon motion of the parties, the Court has extended the original discovery period for 30 days on three occasions, most recently from December 31, 2010 to January 31, 2011.

4.     During that time, the parties have engaged in some discovery as well as some discussions that could lead toward a resolution of all claims and counterclaims in this action.  Also, during that time, Coachmen also learned of a potential merger that might render the claims and counterclaims in this litigation moot.  Coachmen is presently in the process of attempting to close the merger.

5.     The deadlines that the parties seek to extend have not yet expired, and this request is made for good cause and is not intended for delay.

6.     "The district court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997).  The factors considered are whether a stay will (a) unduly prejudice or tactically disadvantage the non-movant, (b) simplify the issues and streamline the trial, and (c) reduce the burden of litigation.  *Matthews v. Mariner*, 2009 WL 426056, at *2 (S.D. Ind. Feb. 19, 2009).  The stay requested will not prejudice any party because it applies equally to all deadlines and all parties.  The stay will also improve judicial economy and reduce the burden of litigation on all parties by avoiding time consuming and costly proceedings that may prove to be moot.

7.     The parties further request that the Court set a status conference for approximately four (4) months from the date of this filing to assess the status of this action if it is not earlier resumed by the motion of either party or otherwise resolved.

WHEREFORE, the parties, Coachmen and GAMCO, respectfully request that the Court stay the entire proceeding and all existing deadlines in this case, set a status conference for approximately four (4) months from the date of this filing, and for all other just and proper relief.

2

3

    Respectfully submitted,

| | |
|---|---|
| s/William C. Wagner | s/Carl A. Greci |
| Thomas A. Barnard (4011-49) | Carl A. Greci (17351-49) |
| William C. Wagner (16542-64 | BAKER & DANIELS LLP |
| TAFT STETTINIUS & HOLLISTER LLP | 202 S. Michigan Street, Suite 1400 |
| One Indiana Square, Suite 3500 | South Bend, Indiana 46601 |
| Indianapolis, Indiana 46204 | Telephone: 574-239-1931 |
| Telephone: 317.713.3500 | carl.greci@bakerd.com |
| tbarnard@taftlaw.com | |
| wwagner@taftlaw.com | Paul A. Wolfla (24709-49) |
| | BAKER & DANIELS LLP |
| *Counsel for Plaintiff-Counterclaim-Defendant, Coachmen Industries, Inc.* | 300 N. Meridian Street, Suite 2700 |
| | Indianapolis, IN 46204-1782 |
| | Telephone: 317.237.0300 |
| | paul.wolfla@bakerd.com |
| | |
| | and |
| | |
| | OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP |
| | Jeffrey A. Udell, Esq. |
| | Park Avenue Tower |
| | 65 East 55th Street |
| | New York, New York 10022 |
| | Telephone: 212-451-2300 |
| | judell@olshanlaw.com |
| | *(admitted Pro Hac Vice)* |
| | |
| | *Counsel for Defendant/Counterclaimant, GAMCO Asset Management, Inc.* |

BDDB01 6518536v1