UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| COACHMEN INDUSTRIES, INC. ) | |
|     Plaintiff/Counterclaim-Defendant, ) | |
| ) | |
| v. ) | CASE NO. 3:10-CV-00163 (JVB/CAN) |
| ) | |
| GAMCO ASSET MANAGEMENT, INC., ) | |
|     Defendant/Counterclaimant. ) | |

## STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE

The parties, plaintiff/counterclaim-defendant, Coachmen Industries, Inc., now known as the All American Group, Inc. ("Coachmen") and defendant/counterclaimant, GAMCO Asset Management, Inc., ("GAMCO"), by their respective counsel, stipulate and request that this action, including the plaintiff's claims and the defendant's counterclaims, be dismissed without prejudice, with each party to bear their own costs and expenses, including attorneys' fees.

                                            Respectfully submitted,

| | |
|---|---|
| s/Thomas A. Barnard | s/Carl A. Greci |
| Thomas A. Barnard (4011-49) | Carl A. Greci (17351-49) |
| William C. Wagner (16542-64 | BAKER & DANIELS LLP |
| TAFT STETTINIUS & HOLLISTER LLP | 202 S. Michigan Street, Suite 1400 |
| One Indiana Square, Suite 3500 | South Bend, Indiana 46601 |
| Indianapolis, Indiana 46204 | Telephone: 574-239-1931 |
| Telephone: 317.713.3500 | carl.greci@bakerd.com |
| tbarnard@taftlaw.com | |
| wwagner@taftlaw.com | Paul A. Wolfla (24709-49) |
| | BAKER & DANIELS LLP |
| *Counsel for Plaintiff-Counterclaim-Defendant,* | 300 N. Meridian Street, Suite 2700 |
| *Coachmen Industries, Inc.* | Indianapolis, IN 46204-1782 |
| | Telephone:     317.237.0300 |
| | paul.wolfla@bakerd.com |
| | |
| | OLSHAN GRUNDMAN FROME |
| | ROSENZWEIG & WOLOSKY LLP |
| | Jeffrey A. Udell, Esq. |
| | Park Avenue Tower |
| | 65 East 55th Street |
| | New York, New York 10022 |
| | Telephone: 212-451-2300 |
| | judell@olshanlaw.com *(admitted Pro Hac Vice)* |
| | *Counsel for Defendant/Counterclaimant,* |
| | *GAMCO Asset Management, Inc.* |